UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

B.S. a minor, by and through
L.S., his Guardian ad Litem,

          Plaintiff,

    v.

ALTA-DUTCH FLAT UNION SCHOOL
DISTRICT and PLACER COUNTY
OFFICE OF EDUCATION,

          Defendants.
_____/

NO. CIV. S-05-145 LKK

O R D E R

    On January 24, 2005, the court issued an order which set a Status Conference for April 18, 2005, at 3:00 p.m., in the above-captioned case. Both parties were ordered to file with the court and serve upon all other parties, not later ten (10) days before the conference, a status report. Both parties have failed to do so. Accordingly, the court hereby ORDERS that:

    1. Counsel for both parties are ordered to SHOW CAUSE, within fifteen (15) days of the effective date of this order, why

1

1  sanctions should not be imposed for failing to file a status
2  report;
3     2.  The Status Conference set for April 18, 2005 is
4  CONTINUED to May 23, 2005, at 3:00 p.m.
5     3.  All parties shall FILE a status report ten (10) days
6  prior to the conference.
7     IT IS SO ORDERED.
8     DATED:  April 19, 2005.

```
                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```