UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

B.S. a minor, by and through
L.S., his Guardian ad Litem,

        NO. CIV. S-05-145 LKK

    Plaintiff,

  v.                       O R D E R

ALTA-DUTCH FLAT UNION SCHOOL
DISTRICT and PLACER COUNTY
OFFICE OF EDUCATION,

    Defendants.
_____/

    On April 20, 2005, this court ordered counsel for both parties to show cause, within 15 days of the effective date of the order, why sanctions should not be imposed for failing to file a status report. The court is in receipt of both parties' responses, including plaintiff's explanation that defendants' counsel has not made an appearance in this matter and that defendants did not received timely notice of the status conference.

////

1

1    Good cause appearing, the order to show cause as to
2 defendants' counsel is DISCHARGED.
3    No good cause having been shown, counsel for plaintiff is
4 hereby SANCTIONED in the amount of one hundred and fifty ($150.00)
5 dollars.  This sum shall be paid to the Clerk of the Court no later
6 than thirty (30) days from the effective date of this order.
7 Counsel shall file an affidavit accompanying the payment of this
8 sanction which states that it is paid personally by counsel, out
9 of personal funds, and is not and will not be billed, directly or
10 indirectly, to the client or in any way made the responsibility of
11 the client as attorneys' fees or costs.
12    IT IS SO ORDERED.
13    DATED:  May 9, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2