GIRARD & VINSON, LLP
CHRISTIAN M. KEINER, SBN 95144
MICHELLE L. CANNON, SBN 172680
ANNE M. SHERLOCK, SBN 210205
1006 Fourth Street, Eighth Floor
Sacramento, CA 95814-3326
Telephone: (916) 446-9292

Attorneys for Defendants
ALTA-DUTCH FLAT UNION SCHOOL DISTRICT and
PLACER COUNTY OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.S., a minor, By and Through L.S., His Guardian Ad Litem,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALTA-DUTCH FLAT UNION SCHOOL DISTRICT and PLACER COUNTY OFFICE OF EDUCATION,<br><br>　　　　　　　　　　　　　Defendants. | Case No. CIV. S-05-145 LKK PAN<br><br>REQUEST FOR COURT SETTLEMENT CONFERENCE, SIGNED WAIVER REGARDING ASSIGNED MAGISTRATE JUDGE ACTING AS SETTLEMENT CONFERENCE OFFICIAL AND PROPOSED ORDER |

Defendants ALTA-DUTCH FLAT UNION SCHOOL DISTRICT (hereafter "District") and PLACER COUNTY OFFICE OF EDUCATION (hereafter "PCOE") (hereafter collectively "Defendants") and Plaintiff B.S., a minor, By and Through L.S., His Guardian Ad Litem (hereafter "Plaintiff") hereby request a settlement conference at a date convenient to the assigned Magistrate Judge and counsel, and affirmatively request that the assigned Magistrate Judge participate in the conference. At present, Magistrate Nowinski's clerk has indicated August 1, 2005, at 9:00 a.m., is available for a settlement conference.

Additionally, since Defendants and Plaintiff will be participating in the Settlement Conference in good faith, and fully expect to reach a favorable settlement, the parties respectfully request that the date set by the Court for filing Summary Judgment motions, August 23, 2005, and the subsequent

hearing, October 11, 2005, be continued to dates to be determined by the Court, but which are at least a ninety (90) days extension of the deadlines.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendants that the assigned Magistrate Judge participate in a settlement conference on a date to be determined by the Magistrate Judge.

IT IS ALSO HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendants that the dates for filing of summary judgment motions and the subsequent hearing on the motions be continued to dates to be determined by the Court.

GIRARD & VINSON, LLP

Dated: July 14, 2005.    By   /s/ Christian M. Keiner
                              CHRISTIAN M. KEINER
                         Attorneys for ALTA-DUTCH FLAT UNION HIGH SCHOOL DISTRICT and PLACER COUNTY OFFICE OF EDUCATION

VARMA & CLANCY

Dated: July 15, 2005.    By   Original Signature on file
                              BOB VARMA
                         Attorneys for B.S., a minor, By and Through L.S., His Guardian Ad Litem

O R D E R

IT IS HEREBY ORDERED that a Settlement Conference is now SET before the Honorable Peter A. Nowinski on August 1, 2005 at 9:00 a.m. Counsel are directed to submit settlement conference statements to the settlement judge **not later than seven (7) days prior to the conference**. At counsel's option, such statements may be submitted in confidence pursuant to Local Rule 16-270(d). Each party is further directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms and at the Settlement Conference.

The parties' request to continue the dates contained in the court's Status Order is DENIED.

Dated: July 21, 2005.

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge