UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

B.S., a minor, by and through
L.S., his Guardian ad Litem,

          Plaintiff,

   v.

ALTA-DUTCH FLAT UNION SCHOOL
DISTRICT; and PLACER COUNTY
OFFICE OF EDUCATION,

          Defendants.
_____/

NO. CIV. S-05-145 LKK/PAN

O R D E R

Pursuant to court order, a Settlement Conference was held before the Honorable Peter A. Nowinski on August 1, 2005. Further settlement proceedings have been set for August 9, 2005. Good cause appearing, the court's May 24, 2005 order requiring the parties to bring on cross-motions for summary judgment not later than August 23, 2005 is VACATED. The briefing schedule will be reset should the case not settle before the magistrate judge.

    IT IS SO ORDERED.

    DATED: August 4, 2005.

                           /s/Lawrence K. Karlton
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT