UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

B.S., a minor, by and through
L.S., his Guardian ad Litem,

        Plaintiff,

  vs.

ALTA-DUTCH FLAT UNION SCHOOL
DISTRICT; and PLACER COUNTY
OFFICE OF EDUCATION,

        Defendants.
_____/

No. CIV. S-05-145 LKK/PAN

O R D E R

    This is an action for attorney fees pursuant to 20 U.S.C. § 1415(i)(3)(B). In a scheduling order made May 24, 2005, the court directed the parties to file motions for summary judgment by August 23, 2005. July 19, 2005, the parties requested a settlement conference before the assigned magistrate judge and waived his disqualification on account of acting in that capacity. July 21, 2005, the court scheduled a settlement conference before the assigned magistrate judge. On August 4, 2005, at the request of the magistrate judge, this court vacated

the deadline for filing motions for summary judgment.  The magistrate judge has now advised this court that after two days of negotiation, the parties have been unable to reach a settlement.

Accordingly, the parties shall serve and file cross-motions for summary judgment by August 30, 2005.  The motions are hereby referred to the assigned magistrate judge for findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302(a).  Within 10 days after being served with a copy, any party may serve and file written objections to the magistrate judge's proposed findings and recommendations. This court shall make a <u>de novo</u> determination of those portions of the report or specified proposed findings or recommendations to which objection is made.  <u>See</u> Local Rule 72-304.

IT IS SO ORDERED.

DATED:  August 9, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT